Opinion issued February 3, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01128-CV

———————————

IN RE monica nolasco, as next friend of e.d., a minor, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator
Monica Nolasco, as next friend of her minor niece, E.D., filed a petition for
writ of mandamus complaining that the trial court denied her request for (1) a continuance
of the trial of the underlying lawsuit and (2) to allow privately-retained counsel
to substitute for court-appointed counsel in the representation of E.D.[1]  On February 2, 2011, relator moved the Court to
dismiss her petition for writ of mandamus, stating that she no longer desires
to pursue mandamus relief.  No opinion
has issued in this case.

          Accordingly,
we grant relator’s motion.  The
petition for writ of mandamus is dismissed, and our order staying the
trial of the underlying lawsuit is lifted. 


 

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Massengale and Brown.

 











[1]
          The underlying lawsuit In re J.D. and J.D., No. 2010-05623J in
the 313th District Court of Harris County.